## 61838. BELL v. RODGERS.

BANKE, Judge.

This is an action for a writ of possession and for past-due rent. The plaintiff appeals the denial of her motion for summary judgment, which is not directly appealable under Code Ann. § 6-701 (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073; 1975, pp. 757, 758; 1979, pp. 619, 620). Because the procedures for interlocutory appeal have not been followed, the appeal must accordingly be dismissed. See *Johnston-Willis Hospital, Inc. v. Cain,* 142 Ga. App. 305 (236 SE2d 374) (1977).

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED MAY 11, 1981.

*William T. Johnson,* for appellant.
*Alan W. Connell,* for appellee.

## 59941. ROBERTS v. THE STATE.

POPE, Judge.

This court having entered a judgment in the above-styled case at 156 Ga. App. 405 (274 SE2d 772) (1980) reversing the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court in *State v. Roberts,* 247 Ga. 456 (1981), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

DECIDED MAY 12, 1981.

*Curtis W. Miller,* for appellant.
*Harry N. Gordon, District Attorney,* for appellee.